JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEVOE CORP., a California Corporation d/b/a MOSHI,<br><br>Plaintiff,<br><br>v.<br><br>TAE KIM, an Individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV12-02965 JAK (FFMx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　Plaintiff AEVEO CORP., is hereby awarded final judgment on its claims for relief against Defendant TAE KIM, in the sum of $15,000.00 under 15 *U.S.C.* §1117(c)(2), as the prevailing party in this action, pursuant to Rule 55(b) of the

1  *Federal Rules of Civil Procedure* and under Local Rule 55-1.  Under Local Rule
2  55-3 and §1117(a), Plaintiff is awarded attorneys' fees in the amount of $1,500.00
3  and costs of $487.33.  Furthermore and pursuant to 15 *U.S.C.* §1116(a), Defendant
4  is permanently enjoined and restrained from the following activities and conduct
5  and ordered as follows:

6      a)  Defendant and any person or entity acting in concert with, or at the
7  direction of him, including any and all agents, servants, employees, partners,
8  assignees, distributors, suppliers, resellers and any others over which he may
9  exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116,
10 from engaging in, directly or indirectly, or authorizing or assisting any third party
11 to engage in, any of the following activities in the United States and throughout
12 the world:

13       i)  copying, manufacturing, importing, exporting, marketing, sale,
14 offering for sale, distributing or dealing in any product or service that uses, or
15 otherwise making any use of, any of Plaintiff's MOSHI® trademarks, and/or any
16 intellectual property that is confusingly or substantially similar to, or that
17 constitutes a colorable imitation of, any of Plaintiff's MOSHI® trademarks,
18 whether such use is as, on, in or in connection with any trademark, service mark,
19 trade name, logo, design, Internet use, website, domain name, metatags,
20 advertising, promotions, solicitations, commercial exploitation, television, web-
21 based or any other program, or any product or service, or otherwise;

22       ii)  performing or allowing others employed by or representing
23 him, or under his control, to perform any act or thing which is likely to injure
24 Plaintiff, any of Plaintiff's MOSHI® trademarks, and/or Plaintiff's business
25 reputation or goodwill;

26       iii)  engaging in any acts of federal and/or state trademark and/or
27 copyright infringement, false designation of origin, unfair competition, dilution, or
28 other act which would tend damage or injure Plaintiff; and/or

iv) using any Internet domain name or website that includes any of Plaintiff's Trademarks, including the MOSHI® marks.

b) Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit MOSHI® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

IT IS SO ORDERED, ADJUDICATED and DECREED this 2nd day of October, 2012.

_____
HON. JOHN A. KRONSTADT
United States District Judge